CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.irvin@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Jennifer Bradford,<br><br>        Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>        Defendant. | Case No. 2:20-cv-00754-JAD-EJY<br><br>**Status Report and Stipulation to Extend Stay of the Proceedings** |

Pursuant to this Court's May 10, 2021 Minute Order (ECF No. 24), the parties submit the following status report and request that the Court enter an order staying the proceedings an additional 30 days.

**I.    Status and Request for Additional Stay**

This case arises out of a motor vehicle accident involving Plaintiff Jennifer Bradford and an employee of the United States. The United States moved to dismiss this matter for lack of subject matter jurisdiction. ECF No. 13. The Court stayed discovery pending a ruling on the government's motion to dismiss. ECF No. 21. The parties thereafter moved to stay the proceedings for 60 days to explore potential settlement, ECF No. 22, which the Court granted in February 2021. ECF No. 23.

Since February 2021, the parties have been in active settlement negotiations. While the parties have not yet reached a settlement, they continue to make progress and believe it is possible to resolve this matter without continued litigation. After conferring, the parties

believe a stay of an additional 30 days, or until June 14, 2021, should be sufficient.

While the parties are optimistic they will be able to resolve this matter, they also reserve the opportunity to request an early settlement conference with either the assigned magistrate judge or another magistrate judge, as determined by the Court, should they be unable to resolve this matter during the course of the stay. To that end, if the parties believe a settlement conference would be productive, they will submit a request for an early settlement conference at the end of the 30 day stay.

Finally, this Court has already determined that discovery should be stayed pending the outcome of the Motion to Dismiss. ECF No. 21. If the parties cannot reach a settlement, they will await a ruling on the motion.

WHEREFORE, the parties respectfully request that the Court enter an order granting this stipulation and staying the proceedings until **June 14, 2021**.

Dated this 14th day of May 2021.

| | |
|---|---|
| SIMON LAW | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| *s/ Benjamin J. Miller*<br>DANIEL S. SIMON. ESQ.<br>BENJAMIN J. MILLER, ESQ.<br>810 S. Casino Center Blvd.<br>Las Vegas, NV 89101 | *s/ Brian W. Irvin*<br>BRIAN W. IRVIN<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 14, 2021

2