CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.irvin@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Bradford,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:20-cv-00754-JAD-EJY<br><br>**Stipulation & Order to Dismiss**<br><br>ECF No. 33 |

　　IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Jennifer Bradford, through her counsel of record, and Defendant, the United States of America, through its counsel of record, that Plaintiff's lawsuit against the United States hereby be dismissed, with prejudice, pursuant to the settlement agreement, with each party to bear their own fees and costs.

　　Dated this 31st day of August 2021.

| | |
|---|---|
| SIMON LAW<br><br>　*s/ Benjamin J. Miller*　<br>DANIEL S. SIMON. ESQ.<br>BENJAMIN J. MILLER, ESQ.<br>810 S. Casino Center Blvd.<br>Las Vegas, NV  89101<br>*Attorneys for Plaintiff* | CHRISTOPHER CHIOU<br>Acting United States Attorney<br><br>　*s/ Brian W. Irvin*　<br>BRIAN W. IRVIN<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

　　Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 31, 2021